# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BELMONTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:15-cv-01623- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

On July 13, 2016, the parties filed a stipulation for a thirty-day extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 12) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 3 at 4), and this is the first extension requested by either party. Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to the opening brief no later than **August 12, 2016**.

IT IS SO ORDERED.

Dated: __**July 16, 2016**__          __/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1